IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFREY S. CLEGG, #276 457, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-cv-782-TFM |
| | ) | |
| DOCTOR TAHIR SIDDIQ, | ) | |
| | ) | |
| Defendant. | ) | |

\*     \*     \*     \*     \*     \*

| | | |
|---|---|---|
| JEFFREY SCOTT CLEGG, #276457, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-cv-930-TFM |
| | ) | |
| JESSICA DUFFELL, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION AND ORDER**

Before the court are Plaintiff's motions to dismiss some of his claims against the named defendants. *See* Docs. 19, 20. In the motions, Plaintiff seeks to dismiss his claim that Defendant Siddiq prescribed neomycin so it would not heal and cure the infection in Plaintiff's eye. Plaintiff also seeks to dismiss his claim against Defendant Duffell that she did not provide him with enough baby shampoo (per volume) with which to wash and clean his eyes. *Id*. Upon consideration of Plaintiff's motions, it is ORDERED that:

    1. Plaintiff's motions to dismiss (Docs. 19, 20) are GRANTED; and

    2. Plaintiff's claims against Defendants Siddiq and Duffell as described herein are DISMISSED without prejudice.

DONE this 21st day of February 2017.

                                /s/Terry F. Moorer
                                TERRY F. MOORER
                                UNITED STATES MAGISTRATE JUDGE